ANTILLO REALTY CO., INC., Respondent, *v.* JACOB PORTE, Appellant.

(Submitted October 5, 1928; decided October 23, 1928.)

*Irving Lemov* for appellant.

*Walter Underhill* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.